**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-16965-CAD |
| | § | |
| ANGELA CLAIRE GRESSER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $202,169.00 | Assets Exempt: | $11,146.00 |
| Total Distributions to Claimants: | $11,400.39 | Claims Discharged Without Payment: | $20,840.73 |
| Total Expenses of Administration: | $2,100.04 | | |

3) Total gross receipts of $16,870.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,370.00 (see **Exhibit 2**), yielded net receipts of $13,500.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $202,029.00 | $30,367.76 | $30,367.76 | $11,400.39 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,100.04 | $2,100.04 | $2,100.04 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $19,403.14 | $2,458.47 | $1,437.59 | $0.00 |
| **Total Disbursements** | $221,432.14 | $34,926.27 | $33,905.39 | $13,500.43 |

    4). This case was originally filed under chapter 7 on 04/20/2011. The case was pending for 33 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/15/2014</u>        By:   <u>/s/ Gus A. Paloian</u>
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| AT&T stock | 1129-000 | $16,870.43 |
| **TOTAL GROSS RECEIPTS** | | $16,870.43 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ANGELA GRESSER | Exemptions | 8100-002 | $3,370.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,370.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | 29 E Madison, LLC | 4110-000 | $0.00 | $30,367.76 | $30,367.76 | $11,400.39 |
| | Honda Finance Corp | 4210-000 | $13,625.00 | $0.00 | $0.00 | $0.00 |
| | PNC Bank | 4110-000 | $188,404.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $202,029.00 | $30,367.76 | $30,367.76 | $11,400.39 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $2,100.04 | $2,100.04 | $2,100.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,100.04 | $2,100.04 | $2,100.04 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | 7100-000 | $0.00 | $1,020.88 | $0.00 | $0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $0.00 | $1,437.59 | $1,437.59 | $0.00 |
|  | 29 E Madison LLC | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
|  | Accounting Solutions | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $1,028.00 | $0.00 | $0.00 | $0.00 |
|  | Cook County Treasurer | 7100-000 | $991.14 | $0.00 | $0.00 | $0.00 |
|  | Law Offices of Mark Spiegel | 7100-000 | $1,734.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,403.14 | $2,458.47 | $1,437.59 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 11-16965-CAD | Trustee Name: | Gus A. Paloian |
| Case Name: | GRESSER, ANGELA CLAIRE | Date Filed (f) or Converted (c): | 04/20/2011 (f) |
| For the Period Ending: | 4/15/2014 | §341(a) Meeting Date: | 06/03/2011 |
|  |  | Claims Bar Date: | 11/16/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Primary residence at 3550 N. Lake Shore Dr. # 616, | $195,500.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account # 4612078157 with PNC Bank at 200 | $630.00 | $0.00 | | $0.00 | FA |
| 3 | Stove/Cooking unit, Refrigerator, Microwave, Cooki | $1,600.00 | $0.00 | | $0.00 | FA |
| 4 | All clothing | $150.00 | $0.00 | | $0.00 | FA |
| 5 | AT&T stock | $13,000.00 | $9,630.00 | | $16,870.43 | FA |
| 6 | 2010 Honda 4dr Civic in good condition. Mileage: 1 | $12,065.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$222,945.00    $9,630.00    $16,870.43    $0.00

**Major Activities affecting case closing:**
On March 19, 2013 the Trustee liquidated stock certificates. The Trustee is currently resolving two secured claims in order to conclude claims analysis and prepare for case closing.

**Initial Projected Date Of Final Report (TFR):** 12/31/2012    **Current Projected Date Of Final Report (TFR):** 10/31/2013    /s/ GUS A. PALOIAN
GUS A. PALOIAN

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-16965-CAD | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | GRESSER, ANGELA CLAIRE | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8946 | | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/20/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2013 | (5) | OPPENHEIMER & CO. INC. | LIQUIDATION OF STOCK | 1129-000 | $16,870.43 | | $16,870.43 |
| 09/24/2013 | 1001 | ANGELA GRESSER | DEBTOR'S EXEMPTION PURSUANT TO SCHEDULE C | 8100-002 | | $3,370.00 | $13,500.43 |
| 10/18/2013 | 1002 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $2,100.04 | $11,400.39 |
| 10/18/2013 | 1003 | 29 E Madison, LLC | Claim #: 3; Distribution Dividend: 37.54; | 4110-000 | | $11,400.39 | $0.00 |
| 11/01/2013 | 1003 | STOP PAYMENT: 29 E Madison, LLC | Claim #: 3; Distribution Dividend: 37.54; | 4110-004 | | ($11,400.39) | $11,400.39 |
| 11/01/2013 | 1004 | 29 E Madison, LLC | Claim #: 3; Distribution Dividend: 37.54; | 4110-000 | | $11,400.39 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $16,870.43 | $16,870.43 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $16,870.43 | $16,870.43 | |
| Less: Payments to debtors | $0.00 | $3,370.00 | |
| Net | $16,870.43 | $13,500.43 | |

**For the period of 4/20/2011 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $16,870.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,870.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,500.43 |
| Total Non-Compensable Disbursements: | $3,370.00 |
| Total Comp/Non Comp Disbursements: | $16,870.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/21/2012 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $16,870.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,870.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,500.43 |
| Total Non-Compensable Disbursements: | $3,370.00 |
| Total Comp/Non Comp Disbursements: | $16,870.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-16965-CAD | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | GRESSER, ANGELA CLAIRE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8946 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/20/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $16,870.43 | $16,870.43 | $0.00 |

**For the period of 4/20/2011 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $16,870.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,870.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,500.43 |
| Total Non-Compensable Disbursements: | $3,370.00 |
| Total Comp/Non Comp Disbursements: | $16,870.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/20/2011 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $16,870.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,870.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,500.43 |
| Total Non-Compensable Disbursements: | $3,370.00 |
| Total Comp/Non Comp Disbursements: | $16,870.43 |
| Total Internal/Transfer Disbursements: | $0.00 |